■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE STRACHN, Appellant. [893 NYS2d 798]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about November 2, 2007, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Saxe, McGuire, Manzanet-Daniels and Román, JJ.

■ WARREN MALONE, Appellant, v DAILY NEWS LP, Doing Business as NEW YORK DAILY NEWS, Respondent. [897 NYS2d 9]—

Order, Supreme Court, New York County (Richard F. Braun, J.), entered January 5, 2009, which granted defendant's motion to dismiss the complaint, unanimously affirmed, with costs.

The article that relied on statements of a tenant in the building plaintiff had purchased to convert for the use of his family did not communicate defamatory material. The statements specified in the complaint were either accurate or privileged insofar as they relied on documents in a judicial proceeding (Civil Rights Law § 74; *Fishof v Abady*, 280 AD2d 417 [2001]). Even if not accurate, they were not of a nature that would have held plaintiff up to contempt or ridicule in the community (*see Golub v Enquirer/Star Group*, 89 NY2d 1074 [1997]). Nor did plaintiff allege how the statements might have harmed him in his business or trade (*id.*). Concur—Gonzalez, P.J., Saxe, McGuire, Manzanet-Daniels and Román, JJ.